| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| GREENBERG TRAURIG LLP<br>153 TOWNSEND STREET, 8TH FLOOR<br>SAN FRANCISCO, CA 94107<br>Telephone No: 415-655-1300 | | | | |
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| United States District Court For The Northern District Of California | | | | |
| Plaintiff: TAGGED, INC. | | | | |
| Defendant: FOTOMEDIA TECHNOLOGIES, LLC | | | | |
| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>4:11-CV-06626-LB |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; WELCOME TO THE OAKLAND DIVISIONAL OFFICE OF THE UNITED STATES DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; ECF REGISTRATION INFORMATION HANDOUT; COMPLAINT FOR DECLATORY JUDGMENT / DEMAND FOR JURY TRAIL

3. a. Party served: FOTOMEDIA TECHNOLOGIES, LLC
   b. Person served: KATRINA RICKER - AUTHORIZED TO ACCEPT (White, Female, 35 Years Old, Brown Hair, 5 Feet 4 Inches, 130 Pounds)

4. Address where the party was served: 155 FLEET ST
   PORTSMOUTH, NH 03801

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Feb. 17, 2012 (2) at: 2:38PM

7. Person Who Served Papers:
   a. DAVID MCGRATH
   
   A & A LEGAL SERVICE
   
   1541 Bayshore Hwy.
   Burlingame, CA 94010-1602
   Toll Free (855) 388-7243
   FAX (855) 388-9240
   general@AALegalService.com
   
   d. The Fee for Service was:
   e. I am:
      (i) Independent Contractor

   Recoverable Cost Per CCP 1033.5(a)(4)(B)

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Fri, Feb. 17, 2012

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL

(DAVID MCGRATH)

655/390.72480