| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| 2 | David B. Perry (State Bar Number 255925) |
| | Two Embarcadero Center, Eighth Floor |
| 3 | San Francisco, CA  94111 |
| | Telephone:  (415) 576-0200 |
| 4 | Facsimile:  (415) 576-0300 |
| | Email:  dperry@kilpatricktownsend.com |
| 5 | |
| 6 | KILPATRICK TOWNSEND & STOCKTON LLP |
| | Steve Gardner (NC Bar No. 20984) |
| 7 | E. Danielle Thompson Williams (NC Bar No. 23283) |
| | Carl Sanders (NC Bar No. 34190) |
| 8 | 1001 West 4th Street |
| | Winston-Salem, NC 27104 |
| 9 | Telephone: (336) 607-7300 |
| | Facsimile: (336) 607-7500 |
| 10 | Email: sgardner@kilpatricktownsend.com |
| 11 | dtwilliams@kilpatricktownsend.com |
| | csanders@kilpatricktownsend.com |

Attorneys for Defendant
Fotomedia Technologies, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Tagged, Inc., | Case No.: 3:11-cv-06626-LB |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME** |
| v. | |
| Fotomedia Technologies, LLC, | |
| Defendant. | |

STIPULATION FOR EXTENSION OF TIME
 CASE NO. 3:11-CV-06626-LB



US2008 3314337.1

Plaintiff Tagged, Inc. and Defendant Fotomedia Technologies, LLC ("Fotomedia"), by and through their respective counsel, hereby stipulate to a 30 day extension of time up to and including May 25, 2012, to meet and confer regarding initial disclosures, early settlement ADR process selection and discovery plan, to file ADR Certification and to file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference. In addition, counsel hereby stipulate to a 30 day extension of time up to and including June 8, 2012 to serve response to complaint.

DATED: April 27, 2012            Respectfully submitted,

                                 GREENBERG TRAURIG, LLP


                                 By: /s/Nicholas A. Brown
                                       NICHOLAS A. BROWN

                                 Attorneys for Plaintiff
                                 *Tagged, Inc.*


DATED: April 27, 2012            KILPATRICK TOWNSEND & STOCKTON LLP


                                 By: /s/David B. Perry
                                       DAVID B. PERRY

                                 Attorneys for Defendant
                                 *Fotomedia Technologies, LLC*


**GENERAL ORDER 45 ATTESTATION**

In compliance with General Order 45, X.B., I hereby attest that counsel for Plaintiff has concurred in this filing.

Dated: April 27, 2012            By     /s/David B. Perry
                                        DAVID B. PERRY

                                 Attorneys for Defendant
                                 *Fotomedia Technologies, LLC*

STIPULATION FOR EXTENSION OF TIME
CASE NO. 3:11-CV-06626-LB                                                -1-

US2008 3314337.1