1  KILPATRICK TOWNSEND & STOCKTON LLP
   David B. Perry (State Bar Number 255925)
2  Two Embarcadero Center, Eighth Floor
3  San Francisco, CA  94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300
   Email:  dperry@kilpatricktownsend.com
5
   KILPATRICK TOWNSEND & STOCKTON LLP
6  Steve Gardner (NC Bar No. 20984)
7  E. Danielle Thompson Williams (NC Bar No. 23283)
   Carl Sanders (NC Bar No. 34190)
8  1001 West 4th Street
   Winston-Salem, NC 27104
9  Telephone: (336) 607-7300
   Facsimile: (336) 607-7500
10 Email: sgardner@kilpatricktownsend.com
          dtwilliams@kilpatricktownsend.com
11        csanders@kilpatricktownsend.com
12
   Attorneys for Defendant
13 Fotomedia Technologies, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

~~OAKLAND DIVISION~~

| | |
|---|---|
| Tagged, Inc., | Case No.:  3:11-cv-06626-MMC |
| Plaintiff, | **STIPULATED ADMINISTRATIVE REQUEST AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**; **ORDER THEREON** |
| v. | |
| Fotomedia Technologies, LLC, | |
| Defendant. | |

STIPULATED ADMINISTRATIVE REQUEST AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. 3:11-CV-06626-MMC

US2008 3314337.1



Pursuant to Civil Local Rule 7-11 and the Case Management Conference Order (D.I. #15), Plaintiff Tagged, Inc. and Defendant Fotomedia Technologies, LLC, by and through their respective counsel, hereby jointly stipulate to a request that the Court continue the Case Management Conference, currently scheduled for May 18, 2012 at 10:30 a.m., to June 21, 2012 at 10:30 a.m. with the deadline to file the Joint Case Management Statement extended to June 14, 2012.  The parties filed a joint stipulation on April 27, 2012 (D.I. #16) requesting an extension of time to respond to Plaintiff's Complaint as well as to meet and confer regarding initial disclosures and the discovery plan. The deadlines proposed in that stipulation fall after the currently-scheduled conference. This request is made in good faith to allow the parties time for further discussions and not for the purpose of delay, and does not impact the case schedule or ADR process.

DATED:  May 8, 2012             Respectfully submitted,

                                GREENBERG TRAURIG, LLP


                                By: */s/Nicholas A. Brown*
                                    NICHOLAS A. BROWN

                                Attorneys for Plaintiff
                                *Tagged, Inc.*

DATED:  May 8, 2012             KILPATRICK TOWNSEND & STOCKTON LLP


                                By: */s/David B. Perry*
                                    DAVID B. PERRY

                                Attorneys for Defendant
                                *Fotomedia Technologies, LLC*


PURSUANT TO STIPULATION, IT IS SO ORDERED, with the exception that the Case Management Conference is continued to Friday, June 22, 2012, at 10:30 a.m.

DATED: May 9, 2012              _____
                                United States District Judge Maxine M. Chesney

STIPULATED ADMINISTRATIVE REQUEST AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. 3:11-CV-06626-MMC                                                                    -1-

US2008 3314337.1