IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TAGGED, INC.,

      Plaintiff,

  v.

FOTOMEDIA TECHNOLOGIES, LLC,

      Defendant.

CASE NO. 3:11-CV-06626-MMC

~~(Proposed)~~
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

E. Danielle Thompson Williams, whose business address and telephone number is Kilpatrick, Townsend & Stockton LLP, 1001 West 4th Street, Winston-Salem, NC, 27104, 336-607-7300, dtwilliams@kilpatricktownsend.com,

and who is an active member in good standing of the bar of Supreme Court of N. Carolina having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing FotoMedia Technologies, LLC

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: May 29, 2012

Honorable Maxine M. Chesney
United States District Judge