Nicholas A. Brown, (SBN 198210)
GREENBERG TRAURIG, LLP
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111-5983
Telephone: (415) 655-1300
Facsimile: (415) 707-2010
Email: brownn@gtlaw.com

Attorneys for Plaintiff,
Tagged, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tagged, Inc., | No. C-11-6626 MMC |
| Plaintiff, | |
| v. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |
| Fotomedia Technologies, LLC, | |
| Defendant. | |

**PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT**

Plaintiff Tagged Inc. ("Tagged"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby dismisses the complaint as to defendant Fotomedia Technologies, LLC ("Fotomedia").

No substantive papers were filed in this case other than the Complaint. Fotomedia has not filed an answer nor a motion for summary judgment. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,

DATED: June 6, 2012     GREENBERG TRAURIG, LLP


By: /s/ Nicholas A. Brown
Nicholas A. Brown

Attorneys for Plaintiff
Tagged, Inc.